LITCHFIELD CONSTRUCTION COMPANY and Others v. THE CITY OF NEW YORK. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

TRIANGLE FIREPROOF SASH & DOOR Co., INC., v. MOORE & PATIENCE, INC.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of SAMUEL CUPERMAN, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of HERMAN J. RUBENSTEIN.— Motion for reinstatement granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

AUDUBON TRANSPORTATION COMPANY v. THE YONKERS RAILROAD COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.